AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

United States District Court
Southern District of Texas
FILED

FEB 17 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Humberto Ramon RAMOS-~~Garcia~~ YOB: 1993 USC
Jorge Anthony PEREZ-~~Medelez~~, YOB: 1997 USC
Miguel Angel MARQUEZ-~~Garcia~~ YOB: 1997 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0355-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  <u>2/16/2018</u>  in  <u>Starr</u>  county, in the  <u>Southern</u>  District of  <u>Texas</u>  defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 105 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 105 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title  <u>21</u>  United States Code, Section(s)  <u>846, 841 (a) (1)</u>

I further state that I am a(n)  <u>DEA Special Agent</u>  and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:  X Yes  No

Signature of Complainant
Steven Picone, DEA Special Agent

Sworn to before me and subscribed in my presence,

February 17, 2018     4:22 pm   At    McAllen, Texas
Date                                                               City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

# Attachment

On February16m 2018, at approximately 10:30 a.m., Border Patrol Agent (BPA) Nicholas Cantu Jr. was patrolling the area of Los Puertos in Garciasville, Texas when he observed a black Nissan Sentra traveling away from the Rio Grande River at a high rate of speed. As BPA Cantu Jr. was driving towards the Nissan, he observed a Hispanic male exit the vehicle and then run into nearby brush. Once BPA Cantu Jr. approached the vehicle, he observed it to still be running and a large bundle of suspected marijuana in the rear seat of the vehicle. At that time, the Aerostat 4 operator observed the Hispanic male (later identified as Jorge PEREZ-Medelez) running towards FM 1430. BPA Cantu Jr. went to the area where Aerostat was watching PEREZ-Medelez and observed a white pick-up truck on the south side of FM 1430 that made a u-turn and travel in the opposite direction.

Aerostat 4 operators advised the ground Agents that they had visual of a Hispanic male in the area who was wearing a dark colored jacket and talking on a cell phone. Aerostat 4 operators then advised that they observed a white pick-up truck in the area where they had observed the Hispanic male talking on a cell phone. A short time later, Aerostat 4 operators observed multiple subjects exit the white pick-up truck and BPA Alberto Garcia began to search the area on foot. BP Agents located three (3) subjects in the area identified at PEREZ-Medelez, Miguel Angel MARQUEZ-Garcia, and Humberto Ramon RAMOS-Garcia. BP Agents searched the black Nissan Sentra and seized approximately 105 kilograms of marijuana.

On that same date, SAs Steven Picone, Alfonso Perez and TFOs Cosme Muniz and Gilberto Vazaldua responded to the Rio Grande City Border Patrol Station. PEREZ-Medelez, MARQUEZ-Garcia, and RAMOS-Garcia were all advised of their Miranda Rights and waived their Rights. PEREZ-Medelez stated that on February 16, 2018, he was contacted by FNU LNU to travel to Rio Grande City, Texas from La Joya, Texas to pick up marijuana from the Rio Grande River. PEREZ-Medelez stated that he was going to be paid to pick up the marijuana, but he did not know how much. PEREZ-Medelez stated that once he saw Border Patrol Agents behind his vehicle, he attempted to flee, but crashed the vehicle and fled on foot into nearby brush. MARQUEZ-Garcia stated that he received a telephone call from a contact in Mexico who asked him to move marijuana. MARQUEZ-Garcia agreed to move 100 kilograms of marijuana and would get paid $8,000 USC for the load. MARQUEZ-Garcia then contacted PEREZ-Medelez to drive the marijuana that would ultimately be delivered to Roma, Texas. RAMOS-Garcia advised that PEREZ-Medelez contacted him on February 16, 2018 to assist as a look out while PEREZ-Medelez picked up the marijuana from the River. RAMOS-Garcia advised he would be getting paid $300 USC and he knew PEREZ-Medelez would be picking up marijuana.